# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

## CASE NO. 24-11697

IN RE:

DON KARL JURAVIN

    Appellant,

v.

BELLA COLLINA PROPERTY
OWNER'S ASSOCIATION, INC.

    Appellee.

On Appeal from the United States District Court
for the Middle District of Florida
Ocala Division
Case No. 5:24-cv-175-GAP

## APPELLEE'S CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

### CERTIFICATE OF INTERESTED PERSONS

The following are the trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this case or appeal, including subsidiaries, conglomerates, affiliates, parent corporations, any

publicly held corporation that owns 10% or more of the party's stock, and other identifiable legal entities related to a party:

1. Bella Collina Property Owner's Association, Inc.

2. Consumer Opinion Corp.

3. Juravin, Don Karl

4. Juravin, Anna

5. Kennedy, Dennis D., Chapter 7 Trustee

6. Must Cure Obesity, Co.

7. Opinion Corp. d/b/a PissedConsumer.com

8. Presnell, Gregory A., Judge, United States District Court, Middle District of Florida

9. Randazza, Marc J., Esq., Randazza Legal Group, LLC

10. Reynolds, Lauren M., Esq., Winderweedle, Haines, Ward & Woodman, P.A.

11. Ryan, James J., Esq., Ryan Law Group, PLLC

12. Saxton, Bradley M., Esq., Winderweedle, Haines, Ward & Woodman, P.A.

13. Timko, James A., Esq., Dean, Mead, Egerton, Bloodworth, Capouano & Bozarth, P.A.

14. Vaughan, Lori V., Judge, United States Bankruptcy Court, Middle District of Florida

## CORPORATE DISCLOSURE STATEMENT

The Appellee states that, to the best of its knowledge, no party to this appeal is owned by a publicly held corporation or other parent corporation that owns 10% or more of its stock.

Respectfully submitted,

/s/ *James A. Timko*
James A. Timko, Esq.
Florida Bar No. 0088858
**DEAN, MEAD, EGERTON, BLOODWORTH, CAPOUANO & BOZARTH, P.A.**
420 S. Orange Avenue, Suite 700
Orlando, Florida 32801
Telephone: 407-841-1200
Facsimile: 407-423-1831
Email: jtimko@deanmead.com

**Counsel for Appellee, Bella Collina Property Owner's Association, Inc.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 4, 2024, I electronically filed the foregoing Appellee's Certificate of Interested Persons and Corporation Disclosure Statement using the Court's CM/ECF system, which will automatically send notification to counsel of record and via electronic mail and U.S. Mail to the parties listed below.

| | |
|---|---|
| **Don Karl Juravin**<br>15118 Pendio Drive<br>Montverde, FL 34756<br>Don@Juravin.com<br>*The Debtor* | **Dennis D Kennedy**<br>P. O. Box 541848<br>Merritt Island, FL 32954<br>*The Trustee* |
| **Bradley M Saxton**<br>**Lauren M. Reynolds**<br>Winderweedle, Haines, Ward & Woodman, P.A.<br>329 Park Avenue North, Second Floor<br>Winter Park, FL 32789<br>*Counsel for Trustee* | **James D Ryan**<br>Ryan Law Group, PLLC<br>636 U.S. Highway One, Suite 110<br>North Palm Beach, FL 33408<br>*Counsel for the Trustee* |
| **United States Trustee - ORL7/13**<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801 | |

                                                  */s/ James A. Timko*
                                                  JAMES A. TIMKO, ESQ.